**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

July 22, 2026

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Fagnani v. Sprout Organics, Inc.*
Case No.: 1:26-cv-03240-AS

Dear Judge Subramanian,

The undersigned represents Mykayla Fagnani, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Sprout Organics, Inc., ("Defendant"). In response to Your Honor's Order on April 22, 2026 (Dkt. 5) the undersigned respectfully requests Your Honor reschedule the Initial Conference scheduled for July 30th at 3:00 PM because Counsel for Defendant has not yet appeared. Defendant was served on April 28, 2026. I have made follow-up inquiries by email but have not yet received a response.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

/s/Dana L. Gottlieb, Esq.
Dana L. Gottlieb, Esq.

The conference is rescheduled for August 27, 2026, at 3:30 p.m. Dial-in details remain the same. Should defendant continue to fail to appear, plaintiff should file a motion for a default judgment in accordance with the local rules and the Court's Individual Practices.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 22, 2026